**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 420 WAL 2017

             Respondent         :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

             v.                  :

                                  :

CHRISTOPHER GLEN GREER,         :

                                  :

             Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.